IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| German Varela-Lopez,<br><br>　　　　　Petitioner,<br><br>v.<br><br>Unknown Party, *et al.*,<br><br>　　　　　Respondents. | No. CV-26-00803-PHX-JJT (DMF)<br><br>**ORDER** |

Petitioner challenged his immigration detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001), arguing his detention has exceeded the removal period and there is no significant probability of his removal in the reasonably foreseeable future and on the ground his Order of Supervision was not properly revoked before being redetained. (Doc. 1.)  The Court directed Respondents to show cause why the Petition should not be granted. (Doc. 5.)  Respondents' response stated:

> Undersigned counsel has been unable to ascertain sufficient facts at this time to establish that there is a "significant likelihood of removal in the reasonably foreseeable future." *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001), or that Petitioner's order of supervision was properly revoked. Accordingly, Respondents cannot show cause why the Petition should not be granted and therefore do not oppose Petitioner's request for release from custody at this time.

(Doc. 9.) The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition.

. . .

1     **IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus
2 (Doc. 1) is **granted**.
3     **IT IS FURTHER ORDERED** Respondents must immediately release Petitioner
4 from custody under the same conditions that existed before his detention.
5     **IT IS FURTHER ORDERED** Respondents must provide a notice of compliance
6 within two business days of Petitioner's release.
7     **IT IS FINALLY ORDERED** any pending motions are denied as moot and the
8 Clerk of Court shall enter judgment in Petitioner's favor and close this case.
9     Dated this 20th day of February, 2026.

*/s/ John J. Tuchi*
Honorable John J. Tuchi
United States District Judge